UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA CLEMENTS,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS, U.S., INC., et al.,<br><br>Defendants. | No. 14-cv-1423 (KM)(JBC)<br><br>ORDER |

**KEVIN MCNULTY, U.S.D.J.:**

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 42) of the Honorable James B. Clark, III, United States Magistrate Judge, recommending that the case be remanded to the Superior Court of New Jersey, Essex County, for lack of subject matter jurisdiction due to the lack of diversity between the parties; and no party having filed an objection to the R&R; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown:

**IT IS** this 1st day of April, 2016,

**ORDERED** that Judge Clark's Report and Recommendation (ECF No. 42) is ADOPTED, and matter is REMANDED to state court.

The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**